UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEONNES WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAS VEGAS METROPOLITAN POLICE ) <br> DEPARTMENT, *et al.*, ) <br> ) <br> Defendants. ) | Case No.: 2:13-cv-01340-GMN-NJK <br><br> **ORDER** |

On March 11, 2014, the Court dismissed Plaintiff's causes of action against Defendant Gillespie in his official capacity with prejudice and dismissed Plaintiff's causes of action against Defendant Gillespie in his personal capacity without prejudice, and gave leave to amend by March 26, 2014. (Order, ECF No. 30) That deadline has now elapsed, and Plaintiff has failed to file an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second, third, and fourth causes of action against Defendant Gillespie are dismissed with prejudice.

**DATED** this 2nd day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court