1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   8345 West Sunset Road, Suite 250
4  Las Vegas, Nevada 89113
   Telephone: (702) 792-7000
5  Fax:       (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7

   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                            DISTRICT OF NEVADA
10

11  DEONNES WILLIAMS,                    Case No.: 2:13-cv-01340-GMN-NJK

12             Plaintiff,
    vs.
13
                                         STIPULATION AND ORDER TO
    LAS VEGAS METROPOLITAN POLICE        EXTEND DISPOSITIVE MOTION
14  DEPARTMENT, a political subdivision of the       DEADLINE
    State of Nevada and the County of Clark;
15  SHERIFF DOUGLAS GILLSEPIE,                     (First Request)
    individually and as policy maker of Las Vegas
16  Metropolitan Police Department; DOE
    CORRECTIONS OFFICERS I-X, inclusive in
17  their individual capacities and DOES 1-10,

18             Defendants.

19

20      The above-referenced parties, by and through their counsel of record, hereby agree and

21  stipulate to extend the Dispositive Motion deadline currently set for April 15, 2015, until thirty

22  (30) days after the Court issues a ruling on the pending Motion to Compel [Docket No. 64] (the

23  "Motion to Compel"). This is the first requested extension between the parties. The extension is

24

being requested as there is a pending discovery dispute between the parties, which is the subject of the Motion to Compel. In addition, the Motion to Compel is not yet fully briefed.

The parties recognize that they are requesting the instant extension for filing dispositive motions prior to expiration of the twenty-one (21) day deadline as set forth in LR 26-4. The parties submit that excusable neglect exists to permit granting the instant requested extension. In evaluating excusable neglect, the court considers the following factors: (1) the reason for the delay and whether it was in the reasonable control of the moving party, (2) whether the moving party acted in good faith, (3) the length of the delay and its potential impact on the proceedings, and (4) the danger of prejudice to the nonmoving party. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380, 395 S. Ct. 1489, 123 L.Ed.2d 74 (1993). As stated above, on March 18, 2015, the day discovery in this matter closed, Plaintiff filed a Motion to Compel [Docket No. 62] which asks the Court to compel Defendants to disclose the identity of a non-party captured on video surveillance and to produce un-redacted Internal Affairs reports. On March 23, 2015, this Court denied the Motion to Compel without prejudice. [Docket No. 63.] Plaintiff filed a second Motion to Compel on March 25, 2015, the Motion to Compel. Defendants filed their response to the Motion to Compel on April 9, 2015. [Docket No. 65.] Plaintiff is permitted to file an additional reply brief by April 20, 2015. The current deadline to file dispositive motions is April 15, 2015. As such, briefing on the pending Motion to Compel will not even be complete in time for filing dispositive motions. The parties were not aware twenty-one (21) days ago that a discovery dispute would be pending while dispositive motions would be due. The requested extension would allow Plaintiff to file his reply brief and then allow the Court to review the briefing on the Motion to Compel and make a decision. Moreover, the outcome of the Motion to Compel could potentially affect the contents of dispositive motions.

1618679_1.doc 6943.63

1    The extension will not prejudice any party and will, in fact, allow the pending discovery
2    dispute to be resolved by the Court and then for the parties to properly brief their dispositive
3    motions for this Court. The parties are not delaying the conclusion of this matter by way of trial
4    or otherwise; no trial date has yet been ordered.

5    DATED this 10th day of April, 2015.

6    KAEMPFER CROWELL                                POTTER LAW OFFICES

8    By:  /s/ Lyssa S. Anderson                      By:  /s/ C.J. Potter, IV
         LYSSA S. ANDERSON                                C. J. Potter, IV, Esq.
9        Nevada Bar No. 5781                              1125 Shadow Lane
         8345 West Sunset Road, Suite 250                 Las Vegas, NV 89102
10       Las Vegas, Nevada 89113                          **Attorney for Plaintiff**
         **Attorneys for Defendants**

The dispositive motion deadline is hereby VACATED. Within seven days of the issuance of the order resolving the pending motion to compel, the parties shall submit a stipulation with a new proposed dispositive motion deadline.

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: April 13, 2015