CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEONNES WILLIAMS, | Case No.:   2:13-cv-01340-GMN-NJK |
| Plaintiff, | |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark; SHERIFF DOUGLAS GILLESPIE, individually and as policy maker of Las Vegas Metropolitan Police Department; DOE CORRECTIONS OFFICERS I-X, inclusive in their individual capacities; and DOES 1-10. | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND RESPONSES TO MOTIONS FOR**

**SUMMARY JUDGMENT**

**(First Request)**

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and make a joint application to extend the Responses to Motions for Summary Judgment.

    1.    Defendant LVMPD filed a Motion for Summary Judgment on July 2, 2015 [ECF 71];

    2.    Defendant Officer Barry Redmond filed a Motion for Summary Judgment on July 2, 2015 [ECF 72];

    3.    Plaintiff filed a Motion for Partial Summary Judgment on July 2, 2015 [ECF 73];

4. The Responses to the Motions are currently due on Monday, July 27, 2015;

5. The parties seek a five (5) day extension of the Responses up to and including **Friday, July 31, 2015**;

6. The parties request this brief extension as their respective counsel have been unable to complete the Responses due to other deadlines and appearances;

7. This the first requested extension and is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 27th day of July, 2014.

POTTER LAW OFFICES

By   /s/ C. J. Potter, IV, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 27th day of July, 2014.

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO

By   /s/ Lyssa S. Anderson, Esq.
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:**  07/28/2015.