CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel:  (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

•••••

| | |
|---|---|
| DEONNES WILLIAMS, | Case No.:   2:13-cv-01340-GMN-NJK |
| Plaintiff, | |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark; SHERIFF DOUGLAS GILLESPIE, individually and as policy maker of Las Vegas Metropolitan Police Department; DOE CORRECTIONS OFFICERS I-X, inclusive in their individual capacities; and DOES 1-10. | |
| Defendants. | |
| _____/ | |

### STIPULATION AND ORDER TO EXTEND PLAINTIFF'S REPLY TO DEFENDANT'S

### RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT

**(First Request)**

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and make a joint application to extend Plaintiff's Reply to Defendant Redmond's Response to Motions for Summary Judgment.

1. Plaintiff filed a Motion for Partial Summary Judgment on July 2, 2015 [ECF 73];

2. The Response was extended to and filed on Friday, July 31, 2015 [ECF 79];

3. The Plaintiff's Reply is currently due on August 17, 2015;

. . .

1  4.   The Plaintiff requests a brief eight (8) day extension to file his Reply, up to and including **Tuesday, August 25, 2015** as his counsel have been unable to complete the Reply due to other deadlines and appearances, specifically:

   (a)   Plaintiff's counsel was traveling and out of the office from August 1 through August 9;

   (b)   Upon Plaintiff's counsel's return, there were multiple document deadlines; a defendant deposition August 12, 2015; an Evidentiary Hearing on August 13, 2015; an all-day mediation on August 14, 2015; and an all-day mediation on Monday, August 17, 2015;

5.   Additionally, Plaintiff's counsel seeks an extension because Plaintiff's counsel has the following upcoming deadlines and conflicts:

   (a)   Dispositive motions due on Wednesday, August 19, 2015; a previously-extended Ninth Circuit Opening Brief and Excerpt of Record on Wednesday, August 19, 2015; a Reply on Wednesday, August 19, 2015; and a previously-extended Ninth Circuit Reply Brief on Friday, August 21, 2015.

. . .

. . .

. . .

. . .

6. This the first requested extension and is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 17th day of August, 2014.

POTTER LAW OFFICES

By /s/ C. J. Potter, IV, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 17th day of August, 2014.

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO

By /s/ Lyssa S. Anderson, Esq.
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/21/2015