Travis N. Barrick, # 9257
GALLIAN WELKER
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Deonnes Williams*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

DEONNES WILLIAMS,

        Plaintiff,

    v.

LAS VEGA METROPOLITAN POLICE
DEPARTMENT, et al.,

        Defendants.

Case No.2:13-cv-1340-GMN-NJK

**SUBSTITUTION OF ATTORNEY**

### SUBSTITUTION OF ATTORNEY

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD HEREIN:

    Please take notice that Plaintiff, Deonnes Williams, hereby substitutes Travis N. Barrick,

Esq. of Gallian Welker & Beckstrom, LC, as his attorney of record, in place and instead of Cal J.

Potter, III, of Potter Law Offices.

| Substitution approved: | Substitution accepted: |
|---|---|
| DATED this 2ᵗʰ day of October 2017. | DATED this 2ⁿᵈ day of October 2017. |
| By: *[signature]* | By: *[signature]* |
| Deonnes Williams | Travis N. Barrick, SBN 9257 |
| Plaintiff | GALLIAN WELKER |
| | & BECKSTROM, LC |
| | 540 E. St. Louis Avenue |
| | Las Vegas, NV 89101 |
| | (702) 892-3500 |
| | (702) 386-1946 |
| | tbarrick@vegascase.com |
| | Attorneys for Plaintiff |

IT IS SO ORDERED.
Dated: December 12, 2017

*[signature]*

United States Magistrate Judge

- 1 -

Substitution approved: DEC.
DATED this 11 <sup>th</sup> day of October 2017.

By: _____
Cal J. Potter, IV, SBN 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Telephone: (702) 385-1954
Facsimile: (702) 385-9081
info@potterlawoffices.com

DATED this ____ day of October 2017.

By:   ___/s/ Travis N. Barrick___

Travis Barrick, #9257
GALLIAN WELKER,
& BECKSTROM, LC
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on the ___th day of October 2017, this Substitution of

Attorney was served by way of the Court's CM/ECF filing system, and by US Mail,

postage prepaid on counsel for the Defendants, at the address listed below.

Lyssa S. Anderson, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
(702) 792-7000
(702) 796-7181fax
landerson@kcnvlaw.com

By: /s/ Travis N. Barrick
An employee of Gallian Welker &
Beckstrom, LC